# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

v.

MICHAEL YOUNG,
also known as "Fes,"

**WARRANT FOR ARREST**

06- **184M**

CASE NUMBER:

**DEFENDANT.**

TO: Special Agent Brian Laskowski, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __MICHAEL YOUNG, also known as "Fes"__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally distributing and possessing with intent to distribute MDMA

In violation of Title __21__ United States Code, Section(s) __841(a)(1)__

Hon. Robert M. Levy | Magistrate Judge
Name of Issuing Officer | Title of Issuing Officer

RML

**February 16, 2006**
Signature of Issuing Officer | Date and Location

Bail fixed at $ _____ By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |